```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,       :
                                :
        PLAINTIFF,               :
                                :
     v.                          :   CIVIL ACTION NO. 1:03cv1216-F
                                :                 WO
FOUR PARCELS OF REAL PROPERTY,  :
GENEVA COUNTY, ALABAMA, WITH    :
ALL APPURTENANCES AND           :
IMPROVEMENTS THEREON AND MORE   :
PARTICULARLY DESCRIBED HEREIN,  :
                                :
        DEFENDANTS.              :

**ORDER AND FINAL JUDGMENT**

Upon consideration of the Amended Verified Complaint for Forfeiture <u>In Rem</u>, the Motion to Submit Proposed Order and Final Judgment (Doc. # 48), and the parties' proposed Order and Final Judgment, it is hereby ORDERED as follows:

1.  The agreement between the United States and Claimant Hazel Dunn (hereinafter, "Claimant") as memorialized in the sentencing hearing conducted on December 18, 2003 in <u>U.S. v. Hazel Dunn</u>, Cr. No. 02-173-S, United States District Court for the Middle District of Alabama, is APPROVED.  The Court finds that there is a substantial connection between the Defendant real property and the illegal conduct as shown in the Amended Verified Complaint for Forfeiture <u>In Rem</u> and the agreement, as specified, is a just resolution of this action.

2.  The amount of $76,593.00 is hereby established as the judgment due and owing to the United States in this case and is made a substitute <u>res</u> for the Defendant real property.

3.  The United States has a secured interest in the Defendant real property in the amount of $76,593.00 and may record this judgment as provided by law as notice of this secured debt.  The United States is authorized to use applicable state and federal law to secure, maintain and collect said secured debt.

4.  Upon collection of said secured debt, the United States shall, in accordance with law and this Order, pay the collected funds as restitution as directed in the restitution orders in <u>U.S. v. Hazel Dunn</u>, Cr. No. 02-173-S, United States District Court for the Middle District of Alabama.  In the event no restitution is owed, the collected funds shall be disposed of according to law.

5.  Nothing in this Order shall be construed as creating a superior secured interest in the Defendant real property to any secured interest therein existing at the time of the filing of this action.

6.  All parties shall bear their own costs.

7.  The Motion to Submit Proposed Order and Final Judgment (Doc. # 48) is GRANTED.

The Clerk of the Court is hereby DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 9th day of May, 2005.

                                               /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE